## ORDER

On consideration of the unfair labor practice findings of the National Labor Relations Board and its petition for enforcement of its order for reemployment and back pay; and

Finding substantial evidence and appropriate inferences from that evidence to support the findings of the Board, the .order of the Board will be enforced.

**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**ACE DORAN HAULING AND RIGGING COMPANY, Respondent.**

No. 71–1808.

United States Court of Appeals, Sixth Circuit.

April 2, 1972.

Richard D. Zaiger, Atty., N.L.R.B., Washington, D. C., for petitioner; Peter G. Nash, Gen. Counsel, Marcel Mallet-Prevost, Asst. Gen. Counsel, Charles N. Steele, Attys., N.L.R.B., Washington, D. C., on brief.

Charles E. Shanklin, Columbus, Ohio, for respondent; George, Greek, King, McMahon & McConnaughey, Columbus, Ohio, by Harvey A. Rosenzweig, Columbus, Ohio, on brief.

Before WEICK, EDWARDS and CELEBREZZE, Circuit Judges.

**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Fred R. CLANTON, Defendant-Appellant.**

No. 71–3032

Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

May 9, 1972.

Before BELL, DYER and CLARK, Circuit Judges.

PER CURIAM:

Affirmed.[1] See Local Rule 21. Appellant, a postal service employee, was convicted on two counts of embezzling from the United States mail in violation of 18 U.S.C.A. § 1709. We find no error as urged in the argument of the prosecutor nor in the cross-examination of appellant by the prosecutor.

---

* Rule 18, 5 Cir., Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I.

1. See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F. 2d 966.